USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

NEW WTC RETAIL OWNER LLC,                  :

                           Plaintiff,          :

        -against-                  :

                               :

                               :          21-CV-7132 (VEC)

STARBUCKS CORPORATION,                      :

                               :          <u>ORDER</u>

                 Defendants.   :

----------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 22, 2021, the parties appeared for an initial pretrial conference;

      WHEREAS Plaintiff claims that the Court's jurisdiction is predicated on diversity, *see* Compl., Dkt 1 ¶ 7;

      WHEREAS Plaintiff is a limited liability company ("LLC"); and

      WHEREAS "a limited liability company has the citizenship of its members," *see Jean-Louis v. Carrington Mortg. Servs., LLC*, 849 F. App'x 296, 298 (2d Cir. 2021).

      IT IS HEREBY ORDERED that by no later than **Friday, October 29, 2021**, Plaintiff must file a letter providing the Court with the identities of Plaintiff's members and their respective citizenships.  If any member is itself an LLC, Plaintiff must similarly provide the identities of the members of that LLC and their respective citizenships.  And if any of the parents are partnerships, Plaintiff must include the citizenship for all limited and general partners.

      IT IS FURTHER ORDERED that the Court will enter a Case Management Plan by separate order.

      IT IS FURTHER ORDERED that if, at any time, both parties want a settlement conference with the assigned Magistrate Judge or a referral to the Court-annexed mediation program, they may submit a joint letter requesting a referral.

**SO ORDERED.**

**Date:  October 22, 2021**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**