USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/2/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NEW WTC RETAIL OWNER LLC,                  :
                              Plaintiff,     :
        -against-                           :
                                               :
                                               :     21-CV-7132 (VEC)
STARBUCKS CORPORATION,                     :
                                               :     ORDER
                        Defendants.    :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on February 2, 2022, the parties called Chambers about an ongoing discovery dispute.

       IT IS HEREBY ORDERED that a telephone conference about the discovery dispute is scheduled for **Thursday, February 3, 2022 at 2:00 P.M.**  All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 7132.  All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.  Recording or rebroadcasting the proceeding is strictly prohibited by law.


**SO ORDERED.**

Date:  **February 2, 2022**
      **New York, New York**

                                                 **VALERIE CAPRONI**
                                                 **United States District Judge**